UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY WARD, | No. CV 17-1448 JVS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID SHINN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 29, 2017

JAMES V. SELNA
United States District Judge